1  MICHAEL L. MAU, ESQ. (Bar No. 169355)
   LAW OFFICES OF MICHAEL L. MAU
2  950 HARRISON STREET, STE. 213
   SAN FRANCISCO, CA  94107-1078
3  (415) 495-8082
   (415) 495-8084 (fax)
4  Email: *maulawsf@hotmail.com*

5  Attorneys for Defendant
   Richard West dba Richard West Plastering
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | BOARD OF TRUSTEES OF THE NORTHERN ) | Case No.: **C 06 7154 EMC**
   | CALIFORNIA PLASTERING INDUSTRY    ) |
12 | PENSION TRUST FUND; BOARD OF      ) | STIPULATION TO CONTINUE CASE
   | TRUSTEES OF THE PLASTERING        ) | MANAGEMENT CONFERENCE; and
13 | INDUSTRY WELFARE TRUST FUND;      ) | (proposed) ORDER
   | BOARD OF TRUSTEES OF THE OPERATIVE )|
14 | PLASTERERS LOCAL UNION NO. 66     ) |
   | SUPPLEMENTAL RETIREMENT BENEFIT   ) |
15 | FUND; BOARD OF TRUSTEES OF THE    ) | CURRENT CMC DATE:
   | OPERATIVE PLASTERSERS LOCAL UNION ) | May 2, 2007
16 | NO. 66 JOURNEYMAN AND APPRENTICE  ) |
   | TRAINING TRUST FUND; and BOARD OF ) | PROPOSED CMC DATE:
17 | TUESS OF THE PLASTIERNG INDUSTYR  ) | June 27, 2007
   | LABOR-MANAGEMENT COOPERATION      ) |
18 | COMMITTEE TRUST FUND,             ) |
   |                                   ) |
19 |              Plaintiffs,          ) |
   |      vs.                          ) |
20 |                                   ) |
21 | RICHARD WEST, individually and doing ) |
   | business as RICK WEST PLASTERING, ) |
22 |                                   ) |
   |              Defendant.           ) |
23 |_____) |

24        Plaintiff Board of Trustees of the Northern California Plastering Industry Trust Fund, etc.

   ("Trust Funds") and defendant Richard West dba Rick West Plastering ("Rick West"), by their
25
   respective counsel, hereby stipulate as follows:

                                      -1-

        STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and ORDER.

PDF processed with CutePDF evaluation edition www.CutePDF.com

1. The parties have been discussing the potential settlement of this matter, and cooperating in obtaining joint checks to pay down the debt. Without limitation as to proving damages at Trial and without admission of liability, the approximate debt in the Complaint of $62,139.29 has been paid down to $27,107.91, subject to the audit findings referenced in paragraph 2 below.

2. Plaintiff Trust Funds are completing an Audit, to allow plaintiff to revise its total demand. There has been some delay in obtaining the necessary records for the Audit, but it is anticipated that the Audit will be completed within the next couple of weeks.

3. Accordingly, the parties have already agreed with the Early Neutral Evaluator, to continue the ENE Session to May 17, 2007.

4. The parties joint request that the current Case Management Conference be continued to allow this entire process to go forward, and request the Case Management Conference be held on or about June 27, 2007.

Respectfully submitted.

Dated: _____                        LAW OFFICES OF MICHAEL L. MAU

                                              _____
                                              Michael L. Mau, Esq.
                                              Attorneys for Defendant
                                              Richard West dba Rick West Plastering

Dated: _____                        McCARTHY, JOHNSON & MILLER

                                              _____
                                              Lori A. Nord, Esq.
                                              Attorneys for Plaintiff
                                              Board of Trustees of the Northern California
                                              Plastering Industry Pension Trust Fund, etc.

IT IS SO ORDERED:

Dated: _____                        _____
                                              EDWARD M. CHEN
                                              UNITED STATES MAGISTRATE JUDGE

C:\My Documents\James Island v. Plasterers \Stipulation and Order on CMC.doc
-2-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and ORDER.

1. The parties have been discussing the potential settlement of this matter, and cooperating in obtaining joint checks to pay down the debt. Without limitation as to proving damages at Trial and without admission of liability, the approximate debt in the Complaint of $62,139.29 has been paid down to $27,107.91, subject to the audit findings referenced in paragraph 2 below.

2. Plaintiff Trust Funds are completing an Audit, to allow plaintiff to revise its total demand. There has been some delay in obtaining the necessary records for the Audit, but it is anticipated that the Audit will be completed within the next couple of weeks.

3. Accordingly, the parties have already agreed with the Early Neutral Evaluator, to continue the ENE Session to May 17, 2007.

4. The parties joint request that the current Case Management Conference be continued to allow this entire process to go forward, and request the Case Management Conference be held on ~~or about June 27, 2007~~. July 11, 2007 at 1:30 p.m. A Joint Case Management Conference Statement shall be filed by July 3, 2007.

Respectfully submitted.

Dated: 4/20/07

LAW OFFICES OF MICHAEL L. MAU

_____
Michael L. Mau, Esq.
Attorneys for Defendant
Richard West dba Rick West Plastering

Dated: 4/20/07

McCARTHY, JOHNSON & MILLER

_____
Lori A. Nord, Esq.
Attorneys for Plaintiff
Board of Trustees of the Northern California Plastering Industry Pension Trust Fund, etc.

IT IS SO ORDERED:

Dated: 4/25/07

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

C:\My Documents\James Island v. Plasterers\Stipulation and Order on CMC.doc

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and ORDER.