United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEST, individually and doing business as RICK WEST PLASTERING, <br><br> Defendant. <br> _____/ | Case No. C06-7154 EMC <br><br><br><br> **ORDER TO SHOW CAUSE** |

The parties have submitted a stipulation to vacate or continue case management conference to this court on December 10, 2007. In light of the settlement agreement approved by this Court on June 14, 2007, the parties shall, within 10 days, show cause why this action should not be dismissed with Court retaining jurisdiction over enforcement matters. Failure to respond will result in dismissal of this action.

IT IS SO ORDERED.

Dated  December 13, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge