1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   BOARD OF TRUSTEES OF THE                    Case No. C06-7154 EMC
    NORTHERN CALIFORNIA PLASTERING
8   INDUSTRY PENSION TRUST FUND, et al.,
9              Plaintiffs,
                                                **ORDER DISMISSING CASE**
10      v.                                      **WITHOUT PREJUDICE**
11  RICHARD WEST, individually
    and doing business as RICK WEST
12  PLASTERING,
13             Defendant.
    _____/
14

15         On December 20, 2007, Plaintiffs filed a Notice of Non-Opposition to Order to Show Cause, and

16  Defendant informed the court that he does not oppose to the Court's dismissing this case.  Therefore,

17  it is hereby order that this case be dismissed without prejudice with the Court retaining jurisdiction over

18  enforcement matters.

19         IT IS SO ORDERED.

20
    Dated       December 21, 2007        _____
21                                        EDWARD M. CHEN
22                                        United States Magistrate Judge

23
24
25
26
27
28